NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 10a0660n.06

No. 09-4308

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

**Oct 27, 2010**

LEONARD GREEN, Clerk

| | |
|---|---|
| RANDY MILLER, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) ON APPEAL FROM THE UNITED |
| | ) STATES DISTRICT COURT FOR THE |
| ALLSTATE INSURANCE COMPANY and | ) NORTHERN DISTRICT OF OHIO |
| ALLSTATE PROPERTY & CASUALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants-Appellees. | |

Before: MERRITT, GIBBONS, and COOK, Circuit Judges.

**JULIA SMITH GIBBONS, Circuit Judge.** Plaintiff-Appellee Randy Miller appeals the decision of the district court to grant the motion for summary judgment filed by Defendant-Appellee Allstate Insurance Company ("Allstate") and deny Miller's motion for summary judgment. This dispute involves an insurance policy issued by Allstate to Miller and that policy's scope with respect to damage caused by a fire and the City of Cleveland's subsequent demolition of certain buildings on the property. After carefully reviewing the record, the applicable law, the parties' briefs, and having had the benefit of oral argument, we find that the district court's opinion diligently and correctly sets out the undisputed facts and the governing law. Because this court's issuance of a full opinion would be duplicative and would serve no jurisprudential purpose, we affirm on the basis of the district court's well-reasoned order of July 20, 2009, granting Allstate's motion for summary judgment.